PS 8
(12/04)

RECEIVED
WILLIAM T. WALSH, CLERK

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

MAY -4 P 3: 15

UNITED STATES
DISTRICT COURT

U.S.A. vs. **GEORGE D. PRIESTER**                           Docket No. **05-343**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Denise May** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **GEORGE D. PRIESTER**, who was placed under pretrial release supervision by the **Honorable G. Donald Haneke** sitting in the Court at Newark, on September 14, 2004, under the following conditions:

$250,000 bond secured by property located at 176 Clifton Avenue, Clifton, NJ 07088 (owned by parents)
Pretrial Services supervision
Drug testing / treatment
Surrender / obtain no passport.

On February 5, 2005, the following conditions were imposed as a result of a bail violation:
Home confinement with electronic monitoring (removed April 8, 2005)
No contact with Danielle Jones

Respectfully presenting petition for action of Court and for cause as follows:

On April 22, 2006, Bergen County Superior Court (Family Division) granted Danielle Jones a temporary restraining order against the defendant.

On April 28, 2006, the defendant was arrested for violating that restraining order. He was charged with two counts of Violating a Restraining Order, Burglary, Criminal Trespass, Theft and Harassment. Bail was set at $150,000.

On May 2, 2006, the defendant had an initial appearance in Elmwood Park Municipal Court. Bail remained set at $150,000 and the defendant was remanded to the Bergen County Jail where he presently remains. His next scheduled court appearance is in Bergen County Superior Court (Criminal) on May 4, 2006.

Under his pretrial release conditions, as set on February 5, 2005, the defendant is not to have contact with Danielle Jones.

PRAYING THAT THE COURT WILL ORDER a warrant issued to serve as a detainer so the defendant will appear for a Bail Violation Hearing.

ORDER OF COURT

Considered and ordered this __4Th__ day of __May__, __2006__ and ordered filed and made a part of the records in the above case.

_____
Honorable John C. Lifland
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/3/06__

_____
Denise May
U.S. Pretrial Services

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs George David PRIESTER                           Docket No. 05-343

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>**George David PRIESTER** | SEX<br>M | RACE<br>W | AGE<br>24<br>(2/18/1982) |
| ADDRESS(STREET, CITY, STATE)<br>**139 Linden Avenue, Elmwood Park, NJ 07407** ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**Honorable John C. Lifland, US District Judge, Newark, NJ** ||||
| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK | | DATE<br>5/4/06 |
| RETURN ||||
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) | | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."